MAGISTRATE JUDGE J. RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ09-5281 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | ALLOWING WITHDRAWAL AND |
| ) | SUBSTITUTION OF ATTORNEY |
| JAMES ROBERT BLACK, JR., ) | |
| ) | |
| Defendant. ) | |

THIS MATTER having come on before the above-entitled Court upon the motion of the defendant, James R. Black, Jr., for an order allowing Jerome Kuh of the Federal Public Defender's Office to withdraw as counsel of record for the defendant, and further allowing the substitution of Zenon P. Olbertz counsel of record for the defendant; and the Court being in all things fully advised; NOW THEREFORE, It Is Hereby

ORDERED that Jerome Kuh of the Federal Public Defender's Office is hereby allowed to withdraw as attorney for the above-named defendant. It is further

\*\*\*

\*\*\*

\*\*\*

\*\*\*

*PROPOSED* ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
ATTORNEY - 1
smh\d\davis\withdraw order

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

1  ORDERED that Zenon P. Olbertz is hereby allowed to substitute in as
2  counsel of record for the defendant.
3      DATED this 11th day of December, 2009.

                                  _____
                                  J. Richard Creatura, United States Magistrate Judge

Presented by:

    */s/ Zenon Olbertz*
_____.
Zenon P. Olbertz
WSB #6080

FEDERAL PUBLIC DEFENDER'S OFFICE

    */s/ Jerome Kuh*
_____
Jerome Kuh

*PROPOSED* ORDER ALLOWING
WITHDRAWAL AND SUBSTITUTION OF
ATTORNEY - 2
smh\d\davis\withdraw order

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967

# CERTIFICATE OF SERVICE

I hereby certify that on December 11th, 2009, I electronically filed the foregoing Proposed Order Allowing Withdrawal and Substitution of Attorney with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the co-defendants herein, and to the following attorney of record for the plaintiff:

Kathryn A. Warma
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101

I hereby certify that on December 11th, 2009, I mailed the foregoing Proposed Order Allowing Withdrawal and Substitution of Attorney to the following:

James R. Black, Jr.
1648 Dahlia Lane S.W.
Apt. 18-303
Tumwater, WA 98512

DATED this 11th day of December, 2009.

*/s/ Sarah M. Heckman*
_____.
Sarah M. Heckman

*PROPOSED* ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF ATTORNEY - 3
smh\d\davis\withdraw order

LAW OFFICE OF
**ZENON PETER OLBERTZ**
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-9967